UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SCOTT SCHUNZEL,<br><br>Defendant. | **INDICTMENT**<br><br>25 Cr. 255 |

**COUNT ONE**
**(Hate Crime Act)**

The Grand Jury charges:

1.  On or about June 18, 2024, in the Southern District of New York and elsewhere, SCOTT SCHUNZEL, the defendant, willfully caused bodily injury to a victim ("Victim-1"), and attempted to cause bodily injury to Victim-1, through the use of a dangerous weapon, because of Victim-1's actual and perceived race and color, to wit, SCHUNZEL stabbed Victim-1 in the leg with a knife, causing bodily injury to Victim-1.

(Title 18, United States Code, Section 249(a)(1)(A).)


███████████████                              _Jay Clayton_
FOREPERSON                                   JAY CLAYTON
                                             United States Attorney