UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/25

____USA____,
　　　　　　　Plaintiff(s),

v.

____Scott Schunzel____,
　　　　　　　Defendant(s).
-----------------------------------------------------------x

**CALENDAR NOTICE**

25 cr 255 (VB)

**PLEASE TAKE NOTICE** that the above-captioned case has been (scheduled)/~~re-scheduled~~ for:

✓ Status conference  　　　___ Final pretrial conference

___ Telephone conference 　___ Jury selection and trial

___ Pre-motion conference 　___ Bench trial

___ Settlement conference 　___ Suppression hearing

___ Oral argument 　　　　 ___ Plea hearing

___ Bench ruling on motion 　___ Sentencing

on __6/30/__, 20_25_, at __11:30 AM__, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from _____.

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: __6/23/__, 20_25_
　　　　White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge