```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA                   :
                                           :     ORDER
      v.                                   :
                                           :     25 CR 255 (VB)
SCOTT SCHUNZEL,                            :
                              Defendant.   :
--------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/25

At a status conference on September 30, 2025, the parties advised the Court that Rockland Psychiatric Center has informed the government that defendant Schunzel will need to be relocated from the inpatient facility to an outpatient facility, although it will be several weeks before defendant can be moved to the less restrictive facility. The parties also discussed modifying the conditions of pretrial release to require home detention enforced by GPS monitoring if defendant is moved.

Having consulted Supervisory Pretrial Services Officer Diaco, the Court directs the parties to notify the Court when they become aware that defendant's move to the outpatient facility becomes imminent, at which time the Court will schedule a bail hearing at which a pretrial services officer will be in attendance. At that time, the Court will consider any application for a modification of the conditions of release. Until that time, all conditions of pretrial release remain in effect without change.

Dated: October 2, 2025
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge