UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

_____USA_____,
                    Plaintiff(s),

v.

____Scott Schunzer____
                    Defendant(s).

------------------------------------------------------------x

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/25**

**CALENDAR NOTICE**

25 cr 255 (VB)

        **PLEASE TAKE NOTICE** that the above-captioned case has been scheduled/~~re-scheduled~~ for:

✓ Status conference              ___ Final pretrial conference

___ Telephone conference          ___ Jury selection and trial

___ Pre-motion conference         ___ Bench trial

___ Settlement conference         ___ Suppression hearing

___ Oral argument                 ___ Plea hearing

___ Bench ruling on motion        ___ Sentencing

on __12/16__, 2025, at __9:30 AM__, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from ~~_____~~.

        **All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: __12/2__, 20 25
        White Plains, NY

                            SO ORDERED:

                            _____
                            Vincent L. Briccetti
                            United States District Judge