UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA  :

v.  :

SCOTT SCHUNZEL,  :
       Defendant.  :
-----------------------------------------------------------x

**ORDER**

25 CR 255 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/26

As discussed at a conference on the record today, it is HEREBY ORDERED:

1.  By **April 2, 2026**, the parties shall meet and confer, and the government shall submit a letter informing the Court whether it consents to defendant's application to determine defendant's competency pursuant to 18 U.S.C. § 4241. If the parties do consent, the parties shall submit a proposed order detailing the specific protocols to be followed in conducting defendant's competency evaluation.

2.  If the government does not consent, by **May 4, 2026**, defendant shall make a motion to determine his competency pursuant to 18 U.S.C. § 4241(a). The government's response is due **May 18, 2026**. No reply will be permitted unless otherwise ordered by the Court.

3.  The next status conference is scheduled for **June 18, 2026, at 10:00 a.m.** For the reasons set forth on the record at today's conference, time is excluded under the Speedy Trial Act from today through and including June 18, 2026.

Dated: March 19, 2026
   White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

1