UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA                    :

v.                                          :          **ORDER**

                                            :          25 CR 255 (VB)
SCOTT SCHUNZEL,                             :
                    Defendant.              :
------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-7-26

At the last conference on March 19, 2026, defense counsel stated that the Court should order a competency evaluation pursuant to 18 U.S.C. § 4241. The government opposed that request. As a result, the Court issued an order (i) directing the parties to meet and confer to see if they could agree on whether to proceed with a competency evaluation, and (ii) directing the government to advise the Court by April 2, 2026, whether it consented to the evaluation. (Doc. #19).

By letter dated April 2, 2026, the government stated it would not oppose defendant's application for a competency evaluation. The government also reported that defendant was "still considering" whether to seek a competency evaluation, which is inconsistent with defense counsel's position at the March 19, 2026, status conference, in which he said defendant was seeking such an evaluation.

In order to ensure that this case proceeds fairly and efficiently, the defendant must advise the government by no later than April 20, 2026, whether he is seeking a competency evaluation. If so, the parties shall, by no later than May 4, 2026, submit a proposed order detailing the specific protocols to be followed in conducting defendant's competency evaluation.

The next status conference remains scheduled for June 18, 2026, at 10:00 a.m., and time remains excluded under the Speedy Trial Act through that date.

Dated: April 7, 2026
       White Plains, NY

                              SO ORDERED:

                              _____
                              Vincent L. Briccetti
                              United States District Judge

1